UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

J.G. WENTWORTH
ORIGINATIONS, LLC,

    *Petitioner*,

v.                                                              Case No. SA-20-CV-0528-JKP

ARTURO RESENDEZ,

    *Respondent*.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject matter jurisdiction.

**SIGNED this 13th day of April 2021.**

_____
**JASON PULLIAM
UNITED STATES DISTRICT**